IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNY HENRIX, | ) | No. C 10-5363 LHK (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

Plaintiff, proceeding pro se, filed an affidavit on November 29, 2010.[1] Plaintiff appears to be a pre-trial detainee challenging his ongoing criminal proceedings in Nevada state court. Plaintiff is currently housed at Clark County Detention Center, in Las Vegas, Nevada, which lies in the District of Nevada.

Section 2241 allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). The Supreme Court held that personal jurisdiction over a federal habeas corpus

---

[1] A review of the affidavit and the attached documents reveals that Plaintiff is charged with committing criminal acts against several minors. Plaintiff's affidavit and the attached documents include the minors' full names without redaction. Out of an abundance of caution, the Court sua sponte orders docket number 1 SEALED, pursuant to Federal Rule of Civil Procedure 5.2(d).

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.10\Hendrix363trans.wpd

petition lies exclusively in the single federal judicial district in which both the custodian of the prisoner and the prisoner reside. *Ahrens v. Clark*, 335 U.S. 188, 190-91 (1948). Moreover, the district of confinement most often is the most convenient forum to the parties, and therefore federal courts often exercise discretion in transferring petitions to the district of confinement "in the interests of justice" pursuant 28 U.S.C. § 1404(a). *See also Dunne v. Henman*, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over custodian, preferred forum is district where petitioner is confined). Here, the District of Nevada is the district in which both the custodian of the Plaintiff, and the Plaintiff reside.

Accordingly, this case is TRANSFERRED to the District Court of Nevada. *See* 28 U.S.C. § 1404(a). The Clerk shall terminate any pending motions and transfer the entire file to the District of Nevada.

IT IS SO ORDERED.

DATED: _12/6/2010_____              _____*Lucy H. Koh*_____
                                              LUCY H. KOH
                                              United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.10\Hendrix363trans.wpd       2